**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**RONALD B. COLLINS**                                                    **PLAINTIFF**

**V.**                                          **CIVIL ACTION NO.: 4:22-CV-116-MPM-JMV**

**SAFEWAY INSURANCE**                                          **DEFENDANT**

### ORDER SETTING SPEARS HEARING

After reviewing the *pro se* complaint submitted by the plaintiff, it is **ORDERED**:

1. No process will issue until after the telephonic *Spears* hearing, which is set for **August 24, 2022, at 2:00 p.m.** before United States Magistrate Judge Jane M. Virden. The *pro se* plaintiff is instructed to call **662-390-4356** at the time of the scheduled hearing.

2. The proceeding will be recorded by audio recording device.

3. The plaintiff may not propound discovery requests to the defendants until permitted to do so by the court.

4. The plaintiff must acknowledge receipt of this order by signing the enclosed acknowledgment form and returning it to the court.

      **SO ORDERED** this the 12th day of August, 2022.

                                                             /s/ Jane M. Virden
                                                             **UNITED STATES MAGISTRATE JUDGE**