**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**RONALD B. COLLINS**                                                                             **PLAINTIFF**

**v.**                                                                                                   **No. 4:22-cv-00116-MPM-JMV**

**JANICE LANE**                                                                                  **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the record of this action, the court finds that the Report and Recommendation [26] of the United States Magistrate Judge dated June 26, 2024, recommended dismissal of this action pursuant to Federal Rules of Civil Procedure 4(m) and 41(b); that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore, **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated June 26, 2024, is hereby approved and adopted as the opinion of the court;

2. That this case is **DISMISSED** without prejudice, pursuant to Fed. R. Civ. P. 4(m) and Fed. R. Civ. P. 41(b) for failure to timely prosecute Defendant Janice Lane; and

3. That this case is hereby **CLOSED.**

**SO ORDERED** this the 16th day of July, 2024.

                                                  /s/ Michael P. Mills
                                                **UNITED STATES DISTRICT JUDGE
                                                NORTHERN DISTRICT OF MISSISSIPPI**